Matter of Francescani (2024 NY Slip Op 05533)

Matter of Francescani

2024 NY Slip Op 05533

Decided on November 7, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 7, 2024

PM-221-24
[*1]In the Matter of Christine Marie Francescani, an Attorney. (Attorney Registration No. 5624242.)

Calendar Date:November 4, 2024

Before:Garry, P.J., Pritzker, Reynolds Fitzgerald, McShan and Powers, JJ.

Christine Marie Francescani, Denver, Colorado, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Christine Marie Francescani was admitted to practice by this Court in 2018 and lists a business address in Stuart, Florida with the Office of Court Administration. Francescani now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Francescani's application.
Upon reading Francescani's affidavit sworn to September 9, 2024 and filed September 17, 2024, and upon reading the October 31, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Francescani is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Garry, P.J., Pritzker, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that Christine Marie Francescani's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Christine Marie Francescani's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Christine Marie Francescani is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Francescani is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Christine Marie Francescani shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.